UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



INDICTMENT FOR ACCESS DEVICE FRAUD,
ATTEMPTED ACCESS DEVICE FRAUD,
AGGRAVATED IDENTITY THEFT,
<u>AND FORFEITURE ALLEGATION</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 15- 43-JJB-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 1029(a)(2) |
| | : | 18 U.S.C. § 1029(b)(1) |
| | : | 18 U.S.C. § 1028A |
| TASHA THOMAS | : | 18 U.S.C. § 982(a)(2)(B) |

<u>**THE GRAND JURY CHARGES:**</u>

<u>COUNT ONE</u>
**Access Device Fraud**
**18 U.S.C. § 1029(a)(2)**

1. Beginning on an exact date unknown but at least by in or about January of 2012, and continuing through in or about August of 2012, within the Middle District of Louisiana, **TASHA THOMAS**, the defendant herein, knowingly and with intent to defraud used and trafficked in one or more unauthorized access devices, namely, more than 251 Social Security numbers assigned to other individuals, including the numbers assigned to E.A. (XXX-XX-8347), K.J. (XXX-XX-5249), K.K. (XXX-XX-9341), B.H. (XXX-XX-8932), and C.B. (XXX-XX-9761), and by such conduct obtained more than $1,000, with such conduct affecting interstate commerce.

The above is a violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT TWO
### Attempted Access Device Fraud
### 18 U.S.C. § 1029(b)(1)

2.  On or about August 17, 2013, within the Middle District of Louisiana, **TASHA THOMAS**, the defendant herein, knowingly and with intent to defraud used and trafficked in one or more unauthorized access devices, namely, more than 20 Social Security numbers assigned to other individuals, including the number assigned to C.S. (XXX-XX-7599), and by such conduct did attempt to obtain more than $1,000, with such conduct affecting interstate commerce.

The above is a violation of Title 18, United States Code, Section 1029(b)(1).

## COUNT THREE
### Aggravated Identity Theft
### 18 U.S.C. § 1028A

3.  Beginning in or about January of 2012 and continuing through August of 2012, in the Middle District of Louisiana, **TASHA THOMAS**, the defendant herein, did knowingly transfer, without lawful authority, multiple means of identification of other individuals, including social security numbers XXX-XX-8347, XXX-XX-5249, XXX-XX-9341, XXX-XX-8932, and XXX-XX-9761, during and in relation to the access device fraud described in Count One of this Indictment, a violation of Title 18, United States Code, Section 1029(a)(2).

The above is a violation of Title 18, United States Code, Section 1028A.

## FORFEITURE ALLEGATION

4. Upon conviction of the offense charged in Count One above, the defendant, **TASHA THOMAS**, shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(2)(B), any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as the result of the offense.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

| UNITED STATES OF AMERICA, BY | A TRUE BILL |
|---|---|
| *[signature]* | *[signature]* |
| J. WALTER GREEN<br>UNITED STATES ATTORNEY<br>MIDDLE DISTRICT OF LOUISIANA | GRAND JURY FOREPERSON |
| *[signature]*<br>JESSICA MP THORNHILL<br>ASSISTANT UNITED STATES ATTORNEY | 3-25-15<br>DATE |

# CRIMINAL COVER SHEET                                      U.S. District Court

**Place of Offense:** Baton Rouge, LA          **Matter to be sealed:**  ☐ No   ☐ Yes

City         Baton Rouge, LA                  **Related Case Information:**

County/Parish  EBR                            Superseding Indictment _____  Docket Number _____
               Stephanie Graham, IRS          Same Defendant _____          New Defendant    X
                                              Magistrate Case Number _____
                                              Search Warrant Case No. _____
                                              R 20/ R 40 from District of _____
                                              **Any Other Related Cases:** _____

## Defendant Information:

Defendant Name    Tasha Jeani Thomas
Alias:

## U.S. Attorney Information:

AUSA  Jessica MP Thornhill          Bar #   34118

**Interpreter:**   X No   ☐ Yes      **List language and/or dialect:** _____

## Location Status:

Arrest Date  _____
_____        Already in Federal Custody as of
_____        Already in State Custody
_____        On Pretrial Release

## U.S.C. Citations:

Total # of Counts:    3

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:1029(a)(2) | Access Device Fraud | 1 | Felony |
| 18:1028A | Aggravated Identity Theft | 2 | Felony |
| 18:1029(b)(1) | Attempt Access Device Fraud | 3 | Felony |

(May be continued on second sheet)

**Date:** March 25, 2015        **Signature of AUSA:** _/s/ Jessica MP Thornhill_

**District Court Case Number (To be filled in by deputy clerk):** _____