UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

TASHA THOMAS

CRIMINAL ACTION

NO. 15-43-JJB

## O R D E R

Defendant has filed a motion (doc. 39) claiming she should be afforded a "minor-role reduction" based upon a purported change in the pertinent Sentencing Guidelines.

The court has carefully considered the motion and finds that lacks any merit. Defendant was recently sentenced in April of this year to 36 months imprisonment for access device fraud and aggravated identity theft. The instant offence involved defendant using her position as a part-time receptionist for the Ascension Parish Health Unit to obtain and sell the personal identifying information of individuals who had visited health clinic in Louisiana to M.H., who thereafter used the personal identifying information to file fraudulent tax returns. Defendant was not given a reduction for her role in the presentence report and was assigned two additional offense levels for abusing a position of trust.

Defendant's motion relies on a change from the 2014 Guidelines Manual to the 2015 Guidelines Manual. However, defendant was actually sentenced under the 2015 guidelines. Furthermore, the court imposed a downward variant sentence of 12 months, down from a guideline advisory range of 24 to 30 months,

on Count 1, and the mandatory 24-month consecutive sentence on Court 3, for a total sentence of 36 months. The court finds no basis for further relief and the motion (doc. 39) is hereby DENIED and DISMISSED.

Signed in Baton Rouge, Louisiana, on September 14, 2016.

_____
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA